**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 417 EAL 2023

          Respondent        :

                         :  Petition for Allowance of Appeal

                         :  from the Order of the Superior Court

          v.                 :

                         :

CARLOS THOMPSON,             :

          Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.